# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Abigal Bodinet                )   Case No:   16-00105
                                      )   Judge:     Schmetterer
                                      )   Chapter    13
    Debtor(s).                        )

## NOTICE OF MOTION

TO:   United States Trustee (Electronically Notified)
      See Attached List (All Parties notified via U.S. Mail)

PLEASE TAKE NOTICE that on __December 7, 2016__, at __9:30 a.m.__ or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer or any other Bankruptcy Judge presiding in his or her place in at 219 S. Dearborn, Courtroom 682, Chicago, IL on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice was paper mailed or electronically mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 120 S. State Street, Ste. 200, Chicago, IL 60603 before 6:00 p.m. on or before November 29, 2016.

Respectfully Submitted

By: /s/ Veronica D. Joyner, Esq.
Attorney for Debtors

JOYNER LAW OFFICE
Attorneys for Debtor
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001

Captial One Retail Services
P.O. Box 7680
Carol Stream, IL 60116


Chase
Cardmember Service
P.O. box 15153
Wilmington, DE 19886


Chase
Cardmember Service
P.O. box 15153
Wilmington, DE 19886


Codilis & Assoicates
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527


First National Bank
500 E. 60th Street N
Sioux Falls, SD 57104


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154


Prairie Rose Condo Assoc
5636 S. Prairie Ave.
Unit 2N
Chicago, IL 60637


U.S. Bank Home Mortgage
Bankruptcy Department
P.O. Box 20005
Owensboro, KY 42304-0005


United Guaranty Residential Ins Co.
230 N. Elm Street
Greensboro, NC 27401

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

IN RE:  Abigal Bodinet                )    Case No:   16-00105
                                      )    Judge:     Schmetterer
                                      )    Chapter    13
        Debtor(s).                    )

## MOTION TO ALLOW SHORT SALE and SHORTEN NOTICE

NOW COME the DEBTORS, ABIGAL BODINET, by and through her attorney, JOYNER LAW OFFICE, for entry of an Order allowing debtor to negotiate a short sale on her investment property, and in support thereof, states as follows:

1. On January 5, 2016, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan on July 20, 2016.

3. Debtor is current with her Chapter 13 Plan payments to the Trustee.

4. Debtor is seeking approval from U.S. Bank Home Mortgage for a short sale of her investment property commonly known as 5636 S. Prairie, Unit 3S, Chicago, Illinois.

5. U.S. Bank Home Mortgage filed Claim No 4 in the amount of approximately $130,503.58.

6. Debtor also must seek approval from United Guaranty Residential Ins Company of NC for the short Sale on the same property, 5636 S. Prairie, Unit 3S, Chicago, Illinois.

7. Debtors do not expect any proceeds from the sale.

8. Debtor has been informed by the parties handling the short sale negotiation that court approval is needed in order to proceed with negotiating with the lenders.

9. Debtor request shortened notice due to the pending contract.

10. Said short sale will not adversely affect any other creditors and Debtor wishes to proceed with her Chapter 13 Plan.

**WHEREFORE**, Debtor prays that this Honorable Court enters an Order allowing for shortened notice and allowing the parties to engage in negotiations for a short sale on the real property commonly known as 5636 S. Prairie Ave., Unit 3S, Chicago, IL and for such other relief as this Court deems necessary and just.

Respectfully Submitted

By: /s/ Veronica D. Joyner, Esq.
Attorney for Debtors

JOYNER LAW OFFICE
Attorneys for Debtor
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001