UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  16-00105
Abigail Bodinet  )
 )
 )   Chapter: 13
 )
 )   Judge Jack B. Schmetterer
 )   Cook
 )
Debtor(s)  )

## ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of U.S. Bank National Association, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that U.S. Bank National Association its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362 (a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 5636 S. Prairie Unit #3S, Chicago, IL 60637.

(2) U.S. Bank National Association's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to U.S. Bank National Association on its secured claim.

(4) Rule 4001(a)(3) is waived and U.S. Bank National Association may immediately enforce and implement this order granting relief from the automatic stay

Effective: 2/15/2017   Enter:

Dated: 1/25/17

Judge Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**

Jose G. Moreno  ARDC#6229900
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-15-02388)

Rev: 201100318_bko